UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GILBERTO VENTO ALVAREZ,

      Plaintiff,

v.                                    Case No:  2:26-cv-822-JES-NPM

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES;
JOSEPH B. EDLOW, Director of
USCIS;  SHELLY  RANDALL,
Director of USCIS Fort Myers
Field Office,

      Defendants.

_____

**ORDER**

This matter comes before the Court on review of plaintiff's Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Doc. #12) filed on June 8, 2026.  On June 2, 2026, the Court remanded the case to the USCIS and administratively close this case pending adjudication.  (Doc. #11.)  Plaintiff indicates that defendants adjudicated the pending N-400 application, and the lawsuit is now moot.

Accordingly, it is hereby

**ORDERED:**

The case is deemed dismissed without prejudice.  The Clerk shall close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___8th___ day of June 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE


Copies:
Counsel of Record

- 2 -